UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 09-878 (DRD) |
| v. | : CONTINUANCE ORDER |
| ABDUL WILLIAMS, et al. | : |

This matter having been opened to the Court by defendants ABDUL WILLIAMS (Wanda M. Akin, Esq., appearing), CLIFFORD J. MINOR (Thomas R. Ashley, Esq., and Stephen Turano, Esq., appearing), JAMAL MUHAMMAD (Michael V. Gilberti, Esq., appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendants having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress. The successful completion of such negotiations may render trial of this matter unnecessary.

2. Defendants have consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this 3rd day of November 2010,

ORDERED that the proceedings in the above-captioned matter are continued from

1

September 23, 2010, through February 1, 2011;

IT IS FURTHER ORDERED that the period between September 23, 2010, through February 1, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendants intend to file motions, they shall be filed no later than December 15, 2010;

IT IS FURTHER ORDERED that any opposition by the United States to defendants' motions shall be filed no later than January 15, 2011;

IT IS FURTHER ORDERED that the hearing as to any such motions shall be held on a date to be fixed by the Court; and

IT IS FURTHER ORDERED that the trial in this matter will commence on a date to be fixed by the Court.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge

Requested and Agreed to by:

_____
Wanda M. Akin, Esq.
Attorney for Defendant Abdul Williams


_____
Thomas R. Ashley, Esq.
Stephen Turano, Esq.
Attorneys for Defendant Clifford J. Minor


_____
Michael V. Gilberti, Esq.
Attorney for Defendant Jamal Muhammad

_____
Anthony J. Mahajan, AUSA

2

September 23, 2010, through February 1, 2011;

IT IS FURTHER ORDERED that the period between September 23, 2010, through February 1, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendants intend to file motions, they shall be filed no later than December 15, 2010;

IT IS FURTHER ORDERED that any opposition by the United States to defendants' motions shall be filed no later than January 15, 2011;

IT IS FURTHER ORDERED that the hearing as to any such motions shall be held on a date to be fixed by the Court; and

IT IS FURTHER ORDERED that the trial in this matter will commence on a date to be fixed by the Court.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge

Requested and Agreed to by:

_____
Wanda M. Akin, Esq.
Attorney for Defendant Abdul Williams

_____
Thomas R. Ashley, Esq.
Stephen Turano, Esq.
Attorneys for Defendant Clifford J. Minor

_____
Michael V. Gilbert, Esq.
Attorney for Defendant Jamal Muhammad

_____
Anthony J. Mahajan, AUSA

2

September 23, 2010, through February 1, 2011;

IT IS FURTHER ORDERED that the period between September 23, 2010, through February 1, 2011, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendants intend to file motions, they shall be filed no later than December 15, 2010;

IT IS FURTHER ORDERED that any opposition by the United States to defendants' motions shall be filed no later than January 15, 2011;

IT IS FURTHER ORDERED that the hearing as to any such motions shall be held on a date to be fixed by the Court; and

IT IS FURTHER ORDERED that the trial in this matter will commence on a date to be fixed by the Court.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge

Requested and Agreed to by:

_____
Wanda M. Akin, Esq.
Attorney for Defendant Abdul Williams

_____
Thomas R. Ashley, Esq.
Stephen Turano, Esq.
Attorneys for Defendant Clifford J. Minor

_____
Michael V. Gilberti, Esq.
Attorney for Defendant Jamal Muhammad

_____
Anthony J. Mahajan, AUSA

2