UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. No. 09-878 (DRD) |
| v. | : CONTINUANCE ORDER |
| ABDUL WILLIAMS, et al. | : |

This matter having been opened to the Court by defendant CLIFFORD J. MINOR (Thomas R. Ashley, Esq., and Stephen Turano, Esq., appearing), and Paul J. Fishman, United States Attorney for the District of New Jersey (Anthony J. Mahajan, Assistant U.S. Attorney, appearing) for an order granting a continuance of the proceedings in the above-captioned matter, and the defendants being aware that they have the right to have the matter tried within seventy days of the filing date of the Indictment, pursuant to Title 18 of the United States Code, Section 3161(c), and the defendants having waived such right, and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress. The successful completion of such negotiations may render trial of this matter unnecessary.

2. Defendants have consented to the aforementioned continuance.

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendants in a speedy trial.

WHEREFORE, it is on this 18th day of January 2011,

ORDERED that the proceedings in the above-captioned matter are continued from February 2, 2011, through April 2, 2011;

IT IS FURTHER ORDERED that the period between February 2, 2011, through April 2,

1

2011, shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that if the defendants intend to file motions, they shall be filed no later than _March 1, 2011_;

IT IS FURTHER ORDERED that any opposition by the United States to defendants' motions shall be filed no later than _March 15, 2011_;

IT IS FURTHER ORDERED that the hearing as to any such motions shall be held on _April 12, 2011 at 2pm_ and

IT IS FURTHER ORDERED that the trial in this matter will commence on _April 18, 2011_.

_____
HONORABLE DICKINSON R. DEBEVOISE
United States District Judge

Requested and Agreed to by:

_____
Thomas R. Ashley, Esq.
Stephen Turano, Esq.
Attorneys for Defendant Clifford J. Minor

_____
Anthony J. Mahajan, AUSA

2