**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **Honorable Dickinson R. Debevoise, U.S.D.J.** |
| *Plaintiff,* | : | **Criminal No. 09-878** |
| **v.** | : | |
| **CLIFFORD J. MINOR** | : | **PRELIMINARY ORDER OF FORFEITURE** |
| *Defendant.* | : | |

**WHEREAS**, on September 20, 2010, a Second Superseding Indictment was filed charging Clifford J. Minor (hereinafter "defendant"), inter alia, with knowingly and intentionally using a facility in interstate commerce, namely the telephone, on July 5, 2007, in violation of Title 18, United States Code, Section 1952(a)(3) and Section 2; and

**WHEREAS**, on April 5, 2011, the defendant pled guilty to all the counts in the Second Superseding Indictment in which he was charged; and

**WHEREAS**, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, a person convicted of an offense in violation of Title 18, United States Code, Section 1952(a)(3) shall forfeit to the United States any property, real or personal, constituting or derived from any proceeds traceable to the commission of that offense; and

**WHEREAS**, by virtue of the above, the United States is now entitled to possession of $8,500 in United States currency (hereinafter "the Property")

because it represents proceeds traceable to the commission of the above-described offense;

It is hereby **ORDERED, ADJUDGED, AND DECREED:**

**THAT** the herein described Property, namely $8,500 in United States currency, is hereby forfeited to the United States of America pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461; and

**THAT** pursuant to Title 21, United States Code, Section 853(n)(1), the United States shall publish notice of this Order and of its intent to dispose of the property in such a manner as the Attorney General may direct, including posting notice on the official internet government forfeiture site www.forfeiture.gov for at least 30 consecutive days; and

**THAT** pursuant to Title 21, United States Code, Section 853(n)(2), any person, other than the defendant, asserting a legal interest in the above-listed forfeited property must file a petition with the Court within **thirty (30)** days of the final publication of notice or of receipt of actual notice, whichever is earlier, and state that the petition shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property; and

**THAT** pursuant to Title 21, United States Code, Section 853(n)(3), the petition shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title, or interest in the forfeited property, the time and circumstances of the petitioner's acquisition of

2

the right, title, or interest in the property, and any additional facts supporting the petitioner's claim and the relief sought; and

**THAT** the United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of this Preliminary Order of Forfeiture, as a substitute for published notice as to those persons so notified; and

**THAT** the aforementioned forfeited property is to be held by the appropriate United States agency in its secure custody and control until the appropriate disposition of said Property by the United States; and

**THAT** upon adjudication of all third-party interests, this Court will enter a Final Order of Forfeiture pursuant to Title 21, United States Code, Section 853(n), in which all interests will be addressed.

**ORDERED** this 20th day of October , 2011.

HONORABLE DICKINSON R. DEBEVOISE
United States District Judge

3